**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

**IRIDIAN PENA**                                                                              **PLAINTIFF**

**V.**                                          **CASE NO. 5:25-CV-5150**

**COMMISSIONER, SOCIAL SECURITY**
**ADMINISTRATION**                                                              **DEFENDANT**

<u>**ORDER**</u>

Comes on for consideration the Report and Recommendation (Doc. 15) filed in this

case on March 12, 2026, by the Honorable Christy Comstock, United States Magistrate

Judge for the Western District of Arkansas. No objections were filed by the deadline.

**IT IS THEREFORE ORDERED** that the Report and Recommendation is proper

and is **ADOPTED IN ITS ENTIRETY**. Accordingly, the Commissioner's final decision is

**REVERSED**, and this case is **REMANDED** to the Commissioner for further consideration

pursuant to sentence four of 42 U.S.C. § 405(g).

**IT IS SO ORDERED** on this 27th day of March, 2026.


                                                              _/s/ Timothy L. Brooks_____
                                                              TIMOTHY L. BROOKS
                                                              CHIEF UNITED STATES DISTRICT JUDGE