**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

**IRIDIAN PENA**                                                                 **PLAINTIFF**

**V.**                                       **CASE NO. 5:25-CV-5150**

**COMMISSIONER, SOCIAL SECURITY**
**ADMINISTRATION**                                                      **DEFENDANT**

## JUDGMENT

     **IT IS HEREBY ORDERED AND ADJUDGED** that, for the reasons stated in the

Magistrate Judge's Report and Recommendation, the decision of the ALJ is **REVERSED**

and this case is **REMANDED** to the Commissioner for further consideration pursuant to

sentence four of 42 U.S.C. § 405(g).

     **IT IS SO ORDERED AND ADJUDGED** on this 27th day of March, 2026.


/s/ Timothy L. Brooks
TIMOTHY L. BROOKS
CHIEF UNITED STATES DISTRICT JUDGE